BEFORE THE THIRD DIVISION, FEBRUARY 5, 1943

No. 47995.—Protests 93650–K, etc., of M. Pressner & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise in question consists of Rockingham earthenware similar to that the subject of *Butler Bros.* v. *United States* (4 Cust. Ct. 120, C. D. 303) the claim at 25 percent under paragraph 210 was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 8, 1943

No. 47996.—Protest 93686–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that certain of the articles are celluloid figures similar to those the subject of *M. Pressner & Co.* v. *United States* (7 Cust. Ct. 106, C. D. 546) the claim under paragraph 31 was sustained.